| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br><br>Elissa Miller<br>333 S Hope St 35th Flr<br>Los Angeles, CA 90071<br><br>213-626-2311<br><br><br><br><br><br>*Plaintiff or Attorney for Plaintiff* | FOR COURT USE ONLY |
|---|---|

**UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA - RIVERSIDE**

| In re:<br><br>Arthur Harry Nelson<br><br><br><br>Debtor(s). | CASE NO.: 6:13-bk-28989-WJ<br><br>CHAPTER: 7<br><br><br>ADVERSARY NUMBER: 6:15-ap-01256-WJ |
|---|---|
| Larry D. Simons (TR)<br><br>Versus            Plaintiff(s)<br><br>Secured Development I, a California General Partnership<br><br>(See Attachment A for names of additional defendants)<br>Defendant(s) | **SUMMONS AND NOTICE OF STATUS CONFERENCE IN ADVERSARY PROCEEDING [LBR 7004-1]** |

TO THE DEFENDANT(S): A Complaint has been filed by the Plaintiff against you. If you wish to defend against the Complaint, you must file with the court a written pleading in response to the Complaint. You must also serve a copy of your written response on the party shown in the upper left-hand corner of this page. The deadline to file and serve a written response is **10/05/2015.** If you do not timely file and serve the response, the court may enter a judgment by default against you for the relief demanded in the Complaint.

A status conference in the adversary proceeding commenced by the Complaint has been set for:
      Date:         November 19, 2015
      Time:        10:30 AM
      Hearing Judge:  Wayne E. Johnson
      Location:    3420 Twelfth St., Crtrm 304, Riverside, CA 92501

---

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

June 2012                  Page 1           **F 7004-1.SUMMONS.ADV.PROC**

**You must comply with LBR 7016-1, which requires you to file a joint status report and to appear at a status conference.** All parties must read and comply with the rule, even if you are representing yourself. You must cooperate with the other parties in the case and file a joint status report with the court and serve it on the appropriate parties at least 14 days before a status conference. A court-approved joint status report form is available on the court's website (LBR form F 7016-1.STATUS.REPORT) with an attachment for additional parties if necessary (LBR form F 7016-1.STATUS.REPORT.ATTACH). If the other parties do not cooperate in filing a joint status report, you still must file with the court a unilateral status report and the accompanying required declaration instead of a joint status report 7 days before the status conference. **The court may fine you or impose other sanctions if you do not file a status report. The court may also fine you or impose other sanctions if you fail to appear at a status conference.**

KATHLEEN J. CAMPBELL
CLERK OF COURT

Date of Issuance of Summons and Notice of Status Conference in Adversary Proceeding: September 3, 2015

By:     "s/" Justin Olmos

Deputy Clerk



This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

June 2012          Page 2          F 7004-1.SUMMONS.ADV.PROC

# ATTACHMENT A
## Names of plaintiffs and defendants

| Plaintiff(s): | Defendant(s): |
|---|---|
| Larry D. Simons (TR) | Secured Development I, a California General Partnership<br>Susan M. Strader, an individual<br>Timothy L. Strader, Jr., Trustee of the Strader Irrevocable Trust Dated December 5, 2991, an individual<br>Nelson Investments, a California general Partnership,<br>Judith L. Nelson, an individual<br>Art Nelson, Inc., a California Corporation<br>Chesapeake Bank<br>Pacific Mercantile Bank, a California state chartered bank |

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

## ATTACHMENT A

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is 333 South Hope Street, Thirty-Fifth Floor, Los Angeles, California 90071-1406.

A true and correct copy of the foregoing document entitled (*specify*): **SUMMONS AND NOTICE OF STATUS CONFERENCE IN ADVERSARY PROCEEDING [LBR 7004-1] AND COMPLAINT BY LARRY D. SIMONS, CHAPTER 7 TRUSTEE FOR: 1) AUTHORITY TO SELL PROPERTY PURSUANT TO 11 U.S.C. § 363(H); 2) ACCOUNTING; 3) DISSOLUTION OF PARTNERSHIP AND AUTHORITY TO SELL PARTNERSHIP PROPERTY IN CONNECTION THEREWITH PURSUANT TO CALIFORNIA CORPORATIONS CODE §§ 16801 AND 16807; 4) DECLARATORY RELIEF; 5) DECLARATORY RELIEF; AND 6) DECLARATORY RELIEF** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) _____ I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☐ Service information continued on attached page.

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) September 4, 2015, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

| | |
|---|---|
| Debtor<br>Arthur Harry Nelson and Art Nelson Inc., a/k/a Zonetech Wireless, Inc.<br>27475 Ynez Road<br>Temecula, CA 92591-4612<br><br>Ms. Judith Nelson<br>326 Marigold Avenue<br>Corona del Mar, CA 92625<br><br>The Honorable Wayne E. Johnson<br>U.S. Bankruptcy Court<br>3420 Twelfth Street, Suite 345<br>Riverside, CA 92501-3819 | Pacific Mercantile Bank<br>Robert E. Sjogren<br>949 South Coast Drive, 3rd Floor<br>Costa Mesa, CA 92626<br><br>Chesapeake Bank<br>Rebecca A. Foster<br>35 School Street<br>P.O. Box 1419<br>Kilmarnock, VA 22482<br><br>Michael Mueller<br>Jennifer McLain McLemore<br>Attorneys for Chesapeake Bank<br>Christian & Barton LLP<br>909 East Main Street, Suite 1200<br>Richmond, Virginia 23219 |

☐ Service information continued on attached page.

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) September 4, 2015, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

**SEE ATTACHED PAGE**

---

EDM\ 2454095.1    This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012    **F 7004-1.SUMMONS.ADV.PROC**

Mark Bradshaw on behalf of Pacific Mercantile Bank
mbradshaw@shbllp.com, sswartzell@shbllp.com;rhodges@shbllp.com

Matthew Grimshaw on behalf of Creditor Chesapeake Bank
mgrimshaw@marshackhays.com, ecfmarshackhays@gmail.com

Gary Leibowitz on behalf of Creditor Luberski, Inc.
attorneygary@gmail.com

Judith E Marshack on behalf of Creditor Chesapeake Bank
jmarshack@marshackhays.com, ecfmarshackhays@gmail.com

Judith E Marshack on behalf of Interested Party Chesapeake Bank
jmarshack@marshackhays.com, ecfmarshackhays@gmail.com

Richard A Marshack on behalf of Creditor Chesapeake Bank
rmarshack@marshackhays.com, lbergini@marshackhays.com;ecfmarshackhays@gmail.com

C Scott Rudibaugh on behalf of Debtor Arthur Harry Nelson
bloomrudibaughapc@yahoo.com

C Scott Rudibaugh on behalf of Defendant Arthur Harry Nelson
bloomrudibaughapc@yahoo.com

Larry D Simons (TR)
larry@lsimonslaw.com, c119@ecfcbis.com

United States Trustee (RS)
ustpregion16.rs.ecf@usdoj.gov

Ms. Judith Nelson
muse4you2011@hotmail.com

Bill Lobel on behalf of SD1 and Strader Irrevocable Trust Dated December 5, 1991
wlobel@thelobelfirm.com

☐ Service information continued on attached page.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| September 4, 2015 | Debbie A. Perez | /s/Debbie A. Perez |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

EDM\2454095.1   This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                    F 7004-1.SUMMONS.ADV.PROC