Elissa D. Miller (CA Bar No. 120029)
emiller@sulmeyerlaw.com
David J. Richardson, (CA Bar No. 168592)
SulmeyerKupetz
A Professional Corporation
333 South Hope Street, Thirty-Fifth Floor
Los Angeles, California 90071-1406
Telephone: 213.626.2311
Facsimile: 213.629.4520

Attorneys for Plaintiff Larry D. Simons, Chapter 7 Trustee

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

### RIVERSIDE DIVISION

| | |
|---|---|
| In re<br><br>ARTHUR HARRY NELSON,<br><br>    Debtor.<br>_____<br>Larry D. Simons, Chapter 7 Trustee,<br><br>    Plaintiff,<br><br>vs.<br><br>Secured Development I, a California General Partnership; Susan M. Strader, an Individual; Timothy L. Strader, Jr., Trustee of the Strader Irrevocable Trust Dated December 5, 1991, an individual; Nelson Investments, a California general Partnership, Judith L. Nelson, an Individual, Art Nelson, Inc., a California Corporation, Chesapeake Bank, and Pacific Mercantile Bank, a California state chartered bank,<br><br>    Defendant. | Case No. 6:13-bk-28989 WJ<br><br>Chapter 7<br><br>Adv. No. 6:15-ap-01256-WJ<br><br>**NOTICE OF COMPLIANCE WITH LOCAL BANKRUPTCY RULE 7026-1 AND RULE 7026 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE**<br><br>Date:    September 10, 2015<br>Time:   2:00 P.m.<br>Place:   Courtroom 1475<br>            U.S. Bankruptcy Court<br>            255 E. Temple Street<br>            Los Angeles, CA 90012 |

EDM\ 2454098.1

1 | TO THE DEFENDANTS, THEIR ATTORNEYS OF RECORD, AND OTHER
2 | INTERESTED PARTIES:
3 |     **PLEASE TAKE NOTICE** that compliance with Local Bankruptcy Rule 7026-
4 | 1 and Rule 7026 of the Federal Rules of Bankruptcy Procedure is required with respect to
5 | the above-captioned adversary proceeding.
6 | DATED: September 4, 2015

By:  */s/Elissa D. Miller*
     Elissa D. Miller
     Attorneys for Larry D. Simons,
     Chapter 7 Trustee

SulmeyerKupetz, A Professional Corporation
333 SOUTH HOPE STREET, THIRTY-FIFTH FLOOR
LOS ANGELES, CALIFORNIA 90071-1406
TEL. 213.626.2311 • FAX 213.629.4520

EDM\ 2454098.1

- 2 -

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is 333 South Hope Street, Thirty-Fifth Floor, Los Angeles, California 90071-1406.

A true and correct copy of the foregoing document entitled (*specify*): **NOTICE OF COMPLIANCE WITH LOCAL BANKRUPTCY RULE 7026-1 AND RULE 7026 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) _____ I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☐ Service information continued on attached page.

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) September 4, 2015, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

| | |
|---|---|
| **Debtor**<br>Arthur Harry Nelson and Art Nelson Inc., a/k/a Zonetech Wireless, Inc.<br>27475 Ynez Road<br>Temecula, CA 92591-4612<br><br>Ms. Judith Nelson<br>326 Marigold Avenue<br>Corona del Mar, CA 92625<br><br>The Honorable Wayne E. Johnson<br>U.S. Bankruptcy Court<br>3420 Twelfth Street, Suite 345<br>Riverside, CA 92501-3819 | Pacific Mercantile Bank<br>Robert E. Sjogren<br>949 South Coast Drive, 3rd Floor<br>Costa Mesa, CA 92626<br><br>Chesapeake Bank<br>Rebecca A. Foster<br>35 School Street<br>P.O. Box 1419<br>Kilmarnock, VA 22482<br><br>Michael Mueller<br>Jennifer McLain McLemore<br>Attorneys for Chesapeake Bank<br>Christian & Barton LLP<br>909 East Main Street, Suite 1200<br>Richmond, Virginia 23219 |

☐ Service information continued on attached page.

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL (state method for each person or entity served)**: Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) September 4, 2015, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

**SEE ATTACHED PAGE**

EDM\2454095.1   This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                                    **F 7004-1.SUMMONS.ADV.PROC**

Mark Bradshaw on behalf of Pacific Mercantile Bank
mbradshaw@shbllp.com, sswartzell@shbllp.com;rhodges@shbllp.com

Matthew Grimshaw on behalf of Creditor Chesapeake Bank
mgrimshaw@marshackhays.com, ecfmarshackhays@gmail.com

Gary Leibowitz on behalf of Creditor Luberski, Inc.
attorneygary@gmail.com

Judith E Marshack on behalf of Creditor Chesapeake Bank
jmarshack@marshackhays.com, ecfmarshackhays@gmail.com

Judith E Marshack on behalf of Interested Party Chesapeake Bank
jmarshack@marshackhays.com, ecfmarshackhays@gmail.com

Richard A Marshack on behalf of Creditor Chesapeake Bank
rmarshack@marshackhays.com, lbergini@marshackhays.com;ecfmarshackhays@gmail.com

C Scott Rudibaugh on behalf of Debtor Arthur Harry Nelson
bloomrudibaughapc@yahoo.com

C Scott Rudibaugh on behalf of Defendant Arthur Harry Nelson
bloomrudibaughapc@yahoo.com

Larry D Simons (TR)
larry@lsimonslaw.com, c119@ecfcbis.com

United States Trustee (RS)
ustpregion16.rs.ecf@usdoj.gov

Ms. Judith Nelson
muse4you2011@hotmail.com

Bill Lobel on behalf of SD1 and Strader Irrevocable Trust Dated December 5, 1991
wlobel@thelobelfirm.com

☐ Service information continued on attached page.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| September 4, 2015 | Debbie A. Perez | /s/Debbie A. Perez |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

EDM\ 2454095.1   This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                        **F 7004-1.SUMMONS.ADV.PROC**